UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
02/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

DAVID HOWARD, )
    Plaintiff, )
)
v. ) Case No. 1:23-cv-00263-RLY-TAB
)
BRANDON WEDDELL, OFFICER, )
JOHN MILLER, SERGEANT, )
    Defendant(s). )

### I. INTRODUCTION

1. This is a 1983 action filed by Plaintiff, David Howard, a State prisoner alleging violations of his constitutional rights, causing the unnecessary wanton infliction of pain, resulting in continuous and ongoing, pain and suffering, and is seeking declaratory relief and monetary damages:

### II. JURISDICTION

1. The Court has jurisdiction over the Plaintiff's claims of violation of federal constitutional rights under 28 U.S.C. § 1331.

### III. PARTIES

#### A. PLAINTIFF

1. Plaintiff David Howard at all times relevant is confined by the Indiana Department of Corrections at the Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana 46064.

## B. DEFENDANTS

1. At all times relevant to this complaint, Defendant, Brandon Weddell is employed by the Department of Corrections, and works at the Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana 46064.

2. At all times relevant to this complaint, Defendant, John Miller is employed by the Department of Corrections, and works at the Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana 46064.

## IV. EXHAUSTION OF AVAILABLE REMEDIES

1. Plaintiff has exhausted his administrative remedies or they were unavailable.

## V. STATEMENT OF CLAIM/ CAUSE OF ACTION

1. **Brandon Weddell**, in his individual capacity, under the color of state law, with willful and wanton disregard for my health and physical safety.

2. Brandon Weddell acted with cruel and unusual punishment violating my right to be free from harm.

3. On May 9, 2022 and after work, Plaintiff requested Brandon Weddell to roll his cell door. Brandon Weddell ignored Plaintiff's request, instead became irate and used profanity. Brandon Weddell then ordered Plaintiff to "cuff up." Plaintiff did not resist and complied with Brandon Weddell's order. Once Plaintiff was secured in cuffs and helpless, Brandon Weddell began twisting his wrist causing bleeding and extreme pain. Brandon Weddell's excessive force actions caused Plaintiff permanent and severe numbness and nerve damage.

4. Brandon Weddell used excessive force in retaliation for Plaintiff filing grievances, lawsuits, and letters to Judge Tonya Pratt.

5. In addition, Brandon Weddell then brought a false conduct report in retaliation for Plaintiff filing related grievances, lawsuits, and letters to Judge Tonya Pratt.

6. Brandon Weddell in conspiracy with other defendants violated my First and Eighth Amendment rights, resulting in the unnecessary and wanton infliction of continuous and ongoing, pain and suffering.

7. **John Miller**, in his individual capacity, under the color of state law, with willful and wanton disregard for my health and safety.

8. John Miller acted, in conspiracy with Brandon Weddell, with cruel and unusual punishment violating my right to be free from harm.

9. John Miller, in conspiracy with Brandon Weddell, found Plaintiff guilty of a false conduct report in retaliation for Plaintiff filing related grievances, lawsuits, and letters to Judge Tonya Pratt.

10. John Miller in conspiracy with other defendants violated my First Amendment rights, resulting in the unnecessary and wanton infliction of continuous and ongoing, pain and suffering.

## VI.　JURY DEMAND

Plaintiff Howard demands this case be heard by a jury.

## VII.　RELIEF REQUESTED

**WHEREFORE**, Plaintiff requests that this Honorable Court grant the following relief:

A. Treat Plaintiff humanely and the same as other prisoners in the future to avoid undue harm, pain and suffering;

B.  Plaintiff asks that he be free from excessive force and retaliation by not being placed under investigation as a ruse to put the Plaintiff in lockup or to not being transferred to another prison;

C.  Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States;

D.  Plaintiff seeks compensatory damages separately and individually for the loss of privileges and quality of life in his prison living conditions, and loss of the limited liberty enjoyed by prisoners, his continuous and ongoing, pain and suffering resulting from excessive force and retaliation, in that the Plaintiff was neglected and suffered in pain, while being treated deliberate indifferent, and deprived of basic treatment afforded to all persons. Plaintiff also seeks compensatory damages for the loss of limited liberty enjoyed by prisoners that caused injury and continuous suffering in pain;

E.  Plaintiff does not seek compensatory damages for mental or emotional distress;

F.  Plaintiff seeks compensation separately and individually for three separate injuries: physical injury; loss of Liberty; and mental and emotional distress from injuries resulting from excessive force and retaliation, resulting in continuous and ongoing, pain and suffering;

G.  Plaintiff seeks punitive damages separately and individually for the sadistic and malicious actions of the defendant(s) in the amount of treble compensatory damages;

H.  Order the defendant(s) separately and individually to pay compensatory and punitive damages for their malicious and sadistic actions, and the continuous and ongoing, pain and suffering the Plaintiff has experienced and is experiencing, resulting from excessive force and retaliation;

I.  Grant all other just and equitable relief that this Honorable Court deems just and proper;

### VI. AFFIRMATION

I affirm under penalty for perjury that the above information is true and correct to the best of my knowledge.

*[signature]*
David Howard, PCF #936576

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsels of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*[signature]*
David Howard, PCF #936576
4490 W. Reformatory Rd.
Pendleton, Indiana 46064